No. 00–1751.  ZELMAN, SUPERINTENDENT OF PUBLIC IN-
STRUCTION OF OHIO, ET AL. *v.* SIMMONS-HARRIS ET AL.;

No. 00–1777.  HANNA PERKINS SCHOOL ET AL. *v.* SIMMONS-
HARRIS ET AL.; and

No. 00–1779.  TAYLOR ET AL. *v.* SIMMONS-HARRIS ET AL.   C. A.
6th Cir.  [Certiorari granted, 533 U. S. 976.]   Motion of the Solici-
tor General for leave to participate in oral argument as *amicus
curiae* and for divided argument granted.

No. 01–147.  SECURITIES AND EXCHANGE COMMISSION *v.*
ZANDFORD.  C. A. 4th Cir.  [Certiorari granted, *ante,* p. 1015.]
Motion of the Solicitor General to dispense with printing the joint
appendix granted.

No. 01–344.  THOMPSON, SECRETARY OF HEALTH AND HUMAN
SERVICES, ET AL. *v.* WESTERN STATES MEDICAL CENTER ET AL.
C. A. 9th Cir.  [Certiorari granted, *ante,* p. 992.]   Motion of the
Solicitor General to dispense with printing the joint appendix
granted.

No. 01–826.  IN RE VEY;

No. 01–7086.  IN RE BROCKINGTON;

No. 01–7207.  IN RE QUARLES;

No. 01–7246.  IN RE VALLERY;

No. 01–7286.  IN RE SMITH; and

No. 01–7379.  IN RE DAVIS.  Petitions for writs of habeas cor-
pus denied.

No. 01–6831.  IN RE SCHAPIRO;

No. 01–6848.  IN RE REMOI;

No. 01–6860.  IN RE WILLIAMS;

No. 01–7016.  IN RE COSTILLO; and

No. 01–7017.  IN RE EBEH.  Petitions for writs of mandamus
denied.

No. 01–6876.  IN RE GREEN.  Petition for writ of mandamus
and/or prohibition denied.

No. 00–7613.  HILLS *v.* CALIFORNIA.  Ct. App. Cal., 6th App.
Dist.  Certiorari denied.

No. 00–9234.  RICHARDSON ET AL. *v.* UNITED STATES.  C. A.
4th Cir.  Certiorari denied.